The Honorable Benjamin H. Settle

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
IN TACOMA

| | |
|---|---|
| IN THE MATTER OF THE TAX INDEBTEDNESS OF:<br><br>NATALIE LAZARTE AND JASON LAZARTE | Case No. 3:23-cv-5505-BHS<br><br>**ORDER GRANTING JOINT STIPULATION FOR ENTRY OF JUDGMENT** |

This matter is before the Court on the parties' Joint Stipulation for Entry of Judgment, Motion for Entry of Judgment, and Notification of Settlement. (Doc. 28). It is hereby ORDERED:

That the parties' Joint Stipulation for Entry of Judgment is approved and final judgment will be entered as requested by the parties. The parties shall bear their own fees and costs in connection with this case.

PURSUANT TO THE STIPULATION IT, IS SO ORDERED.

Dated: October 24, 2024

_____
HON. BENJAMIN H. SETTLE
UNITED STATES DISTRICT JUDGE

Ord. Granting Stipulation to Judgment (Case No. 3:23-cv-5505)   1

Presented by:

DAVID A. HUBBERT
Deputy Assistant Attorney General

*/s/ Chelsea Bissell*
CHELSEA BISSELL
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C. 20044-0683
Tel: (202) 307-1372
Fax: (202) 307-0054
Chelsea.E.Bissell@usdoj.gov

*Attorney for the United States of America*


*/s/ Robert Boeshaar*
ROBERT V. BOESHAAR #25900
Robert V. Boeshaar, Attorney at Law, LL.M., PLLC
2125 Western Avenue, Suite 330
Seattle, Washington 98121
Tel: (206) 623-0063
Fax: (206) 382-0177
boeshaar@boeshaarlaw.com

*Attorney for Respondents*