The Honorable Benjamin H. Settle

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
IN TACOMA

IN THE MATTER OF THE TAX
INDEBTEDNESS OF:

NATALIE LAZARTE AND
JASON LAZARTE

Case No. 3:23-cv-5505-BHS

**JUDGMENT**

WHEREAS, the United States and Defendants Natalie and Jason Lazarte seek to have judgment entered in this case and have stipulation to the entry of judgment;

Accordingly, IT IS ORDERED, ADJUDGED, AND DECREED THAT:

Judgment is entered in favor of Plaintiff the United States and against Defendants Natalie and Jason Lazarte for the following liabilities and amounts:

- Against Natalie and Jason Lazarte for unpaid federal income taxes for 2012, 2014, 2016, and 2017, in the amount of $97,103.60, as of March 1, 2024, less any payments or credits, plus interest and other statutory additions pursuant to 26 U.S.C. §§ 6601, 6621, and 6622, and 28 U.S.C. § 1961(c), that accrue after March 1, 2024, until paid in full;

- Against Natalie and Jason Lazarte for unpaid Trust Fund Recovery Penalties pursuant to 26 U.S.C. § 6672 for periods ending March 31, 2009; June 30, September 30, and December 31, 2010; March 31, 2010; June 30, September 30, and December 31, 2011; March 31, June 30, September 30, and December 31, 2012; March 31, 2013; September 30 and December 31, 2015; March 31, June 30, and September 30, 2016, December 31, 2016; and March 31, 2017, in the amount of $219,591.54, as of March 1, 2024, less any payments or credits, plus interest and other statutory additions pursuant to 26 U.S.C. §§ 6601, 6621, and 6622, and 28 U.S.C. § 1961(c), that accrue after March 1, 2024, until paid in full.

SO ORDERED.

Dated: October 24, 2024

                                                   HON. BENJAMIN H. SETTLE
                                                   UNITED STATES DISTRICT JUDGE

Presented by:

DAVID A. HUBBERT
Deputy Assistant Attorney General

*/s/Chelsea Bissell*
CHELSEA BISSELL
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C. 20044-0683
Tel: (202) 307-1372
Fax: (202) 307-0054
Chelsea.E.Bissell@usdoj.gov

*Attorney for the United States of America*


*/s/ Robert Boeshaar*
ROBERT V. BOESHAAR #25900
Robert V. Boeshaar, Attorney at Law, LL.M., PLLC
2125 Western Avenue, Suite 330
Seattle, Washington 98121
Tel: (206) 623-0063
Fax: (206) 382-0177
boeshaar@boeshaarlaw.com

*Attorney for Respondents*